UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RICHARD EUGENE DAVIDSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 3:19-CV-158-TAV-HBG |
| | ) | |
| WARDEN OF FEDERAL | ) | |
| CORRECTIONAL INSTUTITION | ) | |
| RAY BROOK, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A certificate of appealability shall not issue. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT